Case Name: CLAYTON, ANTHONY D.
Case No:   08-71328

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: November 17, 2008        WILLIAM T. NEARY
                                             United States Trustee, Region 11


                                      BY:   */s/ Carole J. Ryczek*
                                                CAROLE J. RYCZEK
                                                Attorney for the U.S. Trustee