UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| CLAYTON, ANTHONY D | ) | CASE NO. 08-71328-MLB |
| | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court, 211 S. Court Street, Rockford, IL  61101

   On:   December 10, 2008    Time: 9:30 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $5,953.43 |
   | Disbursements | $0.00 |
   | Net Cash Available for Distribution | $5,953.43 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Daniel M. Donahue<br>*Trustee* | $0.00 | $1,345.34 | $0.00 |
   | McGreevy Williams<br>*Attorney for Trustee* | $0.00 | $630.00 | $35.88 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $89,030.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.4279%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | PYOD LLC Its Successors And Assigns | $686.34 | $30.39 |
| 2 | L&H Fireplaces | $788.95 | $34.93 |
| 3 | Columbia Pipe & Supply Co. | $26,644.37 | $1,179.79 |
| 4 | G.W. Berkheimer Co, Inc | $5,580.60 | $247.10 |
| 5 | PYOD LLC Its Successors And Assigns | $21,472.09 | $950.77 |
| 6 | Control'D Engineering GE | $207.32 | $9.18 |
| 7 | American Express Bank FSB | $2,026.43 | $89.73 |
| 8 | American Express Bank FSB | $2,084.58 | $92.30 |
| 9 | Temperature Equipment Corp | $1,927.13 | $85.33 |
| 10 | Household Finance Corporation Beneficial | $16,858.28 | $746.48 |
| 11 | Yellow Book USA | $5,419.00 | $239.95 |
| 12 | FIA Card Services, N.A./Bank of America | $5,335.71 | $236.26 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have ~~not~~ been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
| --- | --- |
| Checking Account | $500.00 |
| Household goods and furnishings | $2,000.00 |
| Wearing apparel & personal items | $800.00 |
| Wedding Rings | $100.00 |
| Pekin term life insurance | $0.00 |
| Ingersoll pension | $0.00 |
| 2004 GMC Savana van | $7,000.00 |
| 2007 Nissan Maxima | $18,000.00 |

Dated: October 30, 2008                    /s/ Daniel M. Donahue, Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: jshores                Page 1 of 1                  Date Rcvd: Nov 18, 2008
Case: 08-71328                 Form ID: pdf002              Total Served: 32

The following entities were served by first class mail on Nov 20, 2008.
 db           +Anthony D Clayton,    4610 Rollingsford Lane,    Roscoe, IL 61073-7700
 aty           Daniel M Donahue,    P. O. Box 2903,    Rockford, IL 61132-2903
 aty          +Jeffry A. Dahlberg,    Balsley and Dahlberg, LLP,    5130 N Second St,    Loves Park, IL 61111-5002
 tr            Daniel Donahue,    P O Box 2903,    Rockford, IL 61132-2903
12189310      +AMCORE BANK, N.A.,    Attn: Marilyn Kiefer,    1210 S. Alpine Road,    Rockford, IL 61108-3946
12189311       AMERICAN EXPRESS,    P.O. Box 7863,    Ft. Lauderdale, FL 33329
12523374       American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12189312       BANK OF AMERICA,    P.O. Box 15026,    Wilmington, DE 19850-5026
12189313      +BENEFICIAL FINANCE,    10125 N. Second Street,    Machesney Park, IL 61115-1450
12189314       BEST BUY,    c/o Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
12189315       CHASE HOME FINANCE,    3415 Vision Drive,    Columbus, OH 43219-6009
12189316      +CITI CARDS,    P.O. Box 6000,    The Lakes, NV 89163-0001
12189317      +CLAYTON HEATING & AIR CONDITIONING,    4610 Rollingsford Lane,    Roscoe, IL 61073-7700
12189318     +++COLUMBIA PIPE & SUPPLY CO.,    Attn: Jim Welser,    1803 Moen Ave.,    Rockdale IL 60436-9323
12189319      +CONTROL'D ENGINEERING GE,    299 Roosevelt Road,    Glen Ellyn, IL 60137-5689
12189320      +FIRST NATIONAL BANK OF BELOIT,    345 E. Grand,    Beloit, WI 53511-6226
12189321     +++G.W. BERKHEIMER Co, Inc,    6000 Southport Road,    Portage IN 46368-6405
12693822       Household Finance Corporation Beneficial,    by eCAST Settlement Corporation,    as its agent,
                POB 35480,    Newark NJ 07193-5480
12189322      +KELLY CLAYTON,    4610 Rollingsford Lane,    Roscoe, IL 61073-7700
12189323      +L&H FIREPLACES,    4437 E. State Street,    Rockford, IL 61108-2114
12189324      +LJ FABRICATORS INC.,    944 Research Parkway,    Rockford, IL 61109-2942
12189325      +MID-WAY SUPPLY, INC.,    2502 Deborah Avenue,    Zion, IL 60099-2794
12443360       PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
12189326      +ROCKFORD INDUSTRIAL WELDING SUPPLY,    10853 North Second Street,    Machesney Park, IL 61115-1460
12189327       SEARS CARD,    P.O. Box 6924,    The Lakes, NV 88901-6924
12189328       SPRINT,    P.O. Box 541023,    Los Angeles, CA 90054-1023
12189329      +TEMPERATURE EQUIPMENT CORP.,    17725 Volbrecht Road,    Lansing, IL 60438-4539
12619917      +Temperature Equipment Corp,    c/o Kohner Mann L& Kailas s.c.,
                Washington Building, Barnabas Business C,    4650 N Port Washington Road,
                Milwaukee, WI 53212-1077
12189330      +VALLEY FURNACE SUPPLY CO.,    5070 W. State Street,    Milwaukee, WI 53208-2615
12189331      +YELLOW BOOK USA,    6300 C Street SW,    Cedar Rapids, IA 52404-7470
12714311      +Yellow Book USA,    c/o RMS Bankruptcy Recovery Services,    POB 5126,    Timonium MD 21094-5126
The following entities were served by electronic transmission on Nov 19, 2008.
12717556      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 19 2008 04:18:37
                FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12619621*      American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 20, 2008**          **Signature:** _Joseph Speetjens_